IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANN CASH,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:13-cv-73

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #21), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

    Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on January 14, 2015 (Doc. #21) is **ADOPTED** in full;

2. The stipulation for an EAJA fee award (Doc. #20) is **APPROVED**;

3. Plaintiff's motion for EAJA fees (Doc. #18) is **DENIED AS MOOT**;

4. Plaintiff is **GRANTED** and **AWARDED** the sum of $5,500.00 in EAJA fees; and

5. This case remains terminated on the docket of this Court.

Date: 3-9-15

WALTER H. RICE
UNITED STATES DISTRICT JUDGE